ACCEPTED
12-14-00266-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
9/14/2015 2:46:14 PM
Pam Estes
CLERK

## NO. 12-14-00266-CR

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | **IN THE** |
| | § | |
| **VS.** | § | **TWELFTH COURT** |
| | § | |
| **RAYMOND SMITH** | § | **OF APPEALS** |

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
9/14/2015 2:46:14 PM
PAM ESTES
Clerk

## MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes Raymond Smith, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1. This case is on appeal from the 159th Judicial District Court of Angelina County, Texas.

2. The case below was styled the STATE OF TEXAS vs. Raymond Smith, and numbered 2014-0261.

3. Appellant was convicted of Indecency with a Child by Contact.

4. Appellant was assessed a sentence of 20 years on September 3, 2014.

5. Notice of appeal was given on September 10, 2014.

6. The clerk's record was filed on November 3, 2014; the reporter's record was filed on July 25, 2015.

7. The appellate brief is presently due on September 15, 2015.

8. Appellant requests an extension of time of 20 days from the present date.

9. Defendant is currently incarcerated.

10. Appellant relies on the following facts as good cause for the requested extension:

Counsel for Appellant received reporter's record on August 7, 2015. Counsel has an extensive schedule and will need additional time to file the brief.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion To Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

TATUM & TATUM
111 N Second Street
PO Box 582
Lufkin, TX 75902
Tel: (936) 634-5594
Fax: (936) 639-4480

By: _____
John Henry Tatum
State Bar No. 19673000
Attorney for Raymond Smith

## CERTIFICATE OF SERVICE

This is to certify that on September 14, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Angelina County, by Hand Delivery.

_____
John Henry Tatum

STATE OF TEXAS          §
                                         §

COUNTY OF NACOGDOCHES    §

## AFFIDAVIT

BEFORE ME, the undersigned authority, on this day personally appeared John Henry Tatum, who after being duly sworn stated:

"I am the attorney for the appellant in the above numbered and entitled cause. I have read the foregoing Motion To Extend Time to File Appellant's Brief and swear that all of the allegations of fact contained therein are true and correct."

_____
John Henry Tatum
Affiant

**SUBSCRIBED AND SWORN TO BEFORE ME** on _9-14_, 2015, to certify which witness my hand and seal of office.

_____
Notary Public, State of Texas

SHERRY HANCE
NOTARY PUBLIC
STATE OF TEXAS
EXPIRES
06-09-2019